IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM MOSS,** <br> **#05531-025,** <br><br> Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> )  **CIVIL NO. 04-4097-GPM** <br> ) <br> )  **CRIMINAL NO. 00-40101-02-GPM** <br> ) <br> ) <br> ) |

# JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to correct illegal sentence. The issues having been heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's June 3, 2005, Memorandum and Order, this action is **DISMISSED on the merits**.

**DATED**:  06/3/05

　　　　　　　　　　　　　　　　　　　　　　　NORBERT G. JAWORSKI, CLERK


　　　　　　　　　　　　　　　　　　　　　　　By: s/ Linda M. Cook
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
　　　　　　　G. PATRICK MURPHY
　　　　　　　CHIEF U.S. DISTRICT JUDGE